**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

MAY 22 2018

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOSE GUILLERMO NAVARRETE-MALDONADO, AKA Mario Heriberto-Ochoa, AKA Jose Guillermo Maldonado,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>JEFFERSON B. SESSIONS III, Attorney General,<br><br>　　　　　Respondent. | No.　17-70994<br><br>Agency No. A200-154-641<br><br>MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted May 15, 2018[**]

Before:　SILVERMAN, BEA, and WATFORD, Circuit Judges.

Jose Guillermo Navarrete-Maldonado, a native and citizen of El Salvador,

petitions for review of the Board of Immigrations Appeals' ("BIA") order

dismissing his appeal from an immigration judge's decision denying his

---

[*]　　This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]　　The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

application for withholding of removal and protection under the Convention

Against Torture ("CAT").  We have jurisdiction under 8 U.S.C. § 1252.  We

review de novo questions of law, *Cerezo v. Mukasey*, 512 F.3d 1163, 1166 (9th

Cir. 2008), except to the extent that deference is owed to the BIA's determination

of the governing statutes and regulations, *Simeonov v. Ashcroft*, 371 F.3d 532, 535

(9th Cir. 2004).  We review for substantial evidence the agency's factual findings.

*Silaya v. Mukasey*, 524 F.3d 1066, 1070 (9th Cir. 2008).  We deny the petition for

review.

The agency did not err in finding that Navarrete-Maldonado failed to

establish membership in a cognizable social group due to his status as a returnee,

*see Reyes v. Lynch*, 842 F.3d 1125, 1139-40 (9th Cir. 2016), or due to his fear of

harm from gangs, *see id.* at 1131 ("[To demonstrate membership in a particular

social group,] [t]he applicant must 'establish that the group is (1) composed of

members who share a common immutable characteristic, (2) defined with

particularity, and (3) socially distinct within the society in question.' " (quoting

*Matter of M-E-V-G-*, 26 I. & N. Dec. 227, 237 (BIA 2014))).  We reject Navarrete-

Maldonado's contentions that the agency otherwise erred in its analysis.  Thus,

Navarrete-Maldonado's withholding of removal claim fails.

17-70994

Substantial evidence also supports the agency's denial of CAT relief because Navarrete-Maldonado failed to establish it is more likely than not he will be tortured with the consent or acquiescence of the government of El Salvador. *Garcia-Milian v. Holder*, 755 F.3d 1026, 1034-35 (9th Cir. 2014) (evidence did not compel conclusion that petitioner established the state action necessary for CAT relief).

**PETITION FOR REVIEW DENIED.**